Index # **14 CV 6246**

Attorney(s):

Purchased/Filed: **August 7, 2014**

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |

Zoltan Hirsch

Plaintiff

against

Ktima Rest. Inc et al

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 24 Yrs.

Weight: 175 Lbs.   Height: 6' 1"   Sex: Male   Color of skin: White

Hair color: Brown   Other: _____

_____ Kyle Warner _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ August 26, 2014 _____, at _____ 12:22 pm _____, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served **Summons & Complaint, First Set of Civ. Rule 33.1 Interrogatories, and Request For Production to Defendant**

on _____ **200 West 58th Street LLC** _____, the Defendant in this action, by delivering to and leaving with _____ Chad Matice _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

26th day of _____ August 2014 _____

*Paula J Cole*

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice·Work Order # 1414949