Index # **14 CV 6246**

Attorney(s):

Purchased/Filed: **August 7, 2014**

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Zoltan Hirsch

Plaintiff

against

Ktima Rest. Inc et al

Defendant

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 24 Yrs.

Weight: 175 Lbs.   Height: 6' 1"   Sex: Male   Color of skin: White

Hair color: Brown   Other: _____

Kyle Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on August 26, 2014, at 12:22 pm, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served **Summons & Complaint, First Set of Civ. Rule 33.1 Interrogatories, and Request For Production to Defendant**

on **Ktima Rest. Inc**, the Defendant in this action, by delivering to and leaving with **Chad Matice**, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

26th day of August 2014

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice•Work Order # 1414954